# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNNY L. MATTHEWS

NO. 2019 KW 0906

SEP 3 0 2019

In Re:   Johnny L. Matthews, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-17-0001.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT